

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERGLORY COMPANY <br><br> -v- <br><br> SHAW CREATIONS INC. | Case No. _____ <br><br><br> Rule 7.1 Statement |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

EVERGLORY COMPANY _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 10/18/2007

Signature of Attorney

Attorney Bar Code: BD2494

Form Rule7_1.pdf  SDNY Web 10/2007