Office No.

U.S.  DISTRICT COURT, SOUTHERN DISTRICT OF NY

**Index No. 07CIV9361**

**EVERGLORY COMPANY**

-against-

**SHAW CREATIONS INC.**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )

COUNTY OF NEW YORK )

**Personal Service
Business / Agency**

**Byran McElderry**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **10/25/2007** , at **3:33 pm**, at **10 West 33rd Street Rm. 1030 New York, NY 10001**

I served the **Summons and Complaint**

Upon **SHAW CREATIONS INC.**,

by delivering a true copy bearing Index # 07CIV9361

to **Julia Plotain**, Managing Agent.

Deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Female; Color: White; Hair: Brown; Approx. Age: 55-59; Approx. Height: 5'3";
Approx. Weight: 125; Other:**

Sworn to before me on 10/26/2007:

_____

**Denise Lowe**
**Notary Public, State of New York**
**No. 01LO6168083**
**Qualified in New York County**
**Commission Expires 6/4/2011**

Byran McElderry
NYC License # - 869802

9778

Attorney/Client: Bernard D.Orazio, P.C.
100 Lafayette Street, New York,NY 10013
Phone: (212) 608-5300

SERVICE AGENT:  National Process Service
20 Vesey Street, New York, NY 10007-2953
**Phone (212) 349-3776  (106528)**