Ronald J. Wronko (RW1859)
RONALD J. WRONKO, LLC
96 Park Street
Montclair, New Jersey 07042
(973) 509-0050
Attorneys for defendant
Shaw Creations, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERGLORY COMPANY, | Civil Action No. 07 Civ. 9361 |
| Plaintiff, | CIVIL ACTION |
| v. | **R. 7.1 Statement** |
| SHAW CREATIONS, INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: N/A

Dated:   Montclair, New Jersey
         December 4, 2007
                    RONALD J. WRONKO, LLC
                    By: /s/ Ronald J. Wronko_____
                        Ronald J. Wronko (RW-1859)
                        RONALD J. WRONKO, LLC
                        96 Park Street
                        Montclair, NJ 07042
                        (973) 509-0050
                        Attorney for Defendant