Ronald J. Wronko (RW1859)
RONALD J. WRONKO, LLC
96 Park Street
Montclair, New Jersey 07042
(973) 509-0050
Attorneys for defendant
Shaw Creations, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERGLORY COMPANY, | Civil Action No. 07 Civ. 9361 |
| Plaintiff, | CIVIL ACTION |
| v. | **STIPULATION EXTENDING TIME TO ANSWER** |
| SHAW CREATIONS, INC., | |
| Defendant. | |

It is hereby stipulated and agreed by and between the attorney(s) for plaintiff Everglory Company, Law Offices of Bernard D'Orazio, P.C., and the attorneys for defendant Shaw Creations, Ronald J. Wronko, LLC., that the time within which said defendant may serve and file an answer to the Complaint is hereby extended for a period of twenty (20) days until December 4, 2007.

Defendant hereby waives the defenses of lack of personal jurisdiction,

insufficiency of process, and any other defenses concerning personal jurisdiction and

venue and hereby consents to the jurisdiction of this Court in this matter.

LAW OFFICES OF BERNARD D'ORAZIO, P.C.    RONALD J. WRONKO, LLC

_____
Bernard D'Orazio
Dated: 11 / 29 / 2007

_____
Ronald J. Wronko
Dated: