Ronald J. Wronko (RW1859)
RONALD J. WRONKO, LLC
96 Park Street
Montclair, New Jersey 07042
(973) 509-0050
Attorneys for defendant
Shaw Creations, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERGLORY COMPANY, | Civil Action No. 07 Civ. 9361 |
| Plaintiff, | CIVIL ACTION |
| v. | NOTICE OF MOTION TO CONSOLIDATE: |
| SHAW CREATIONS, INC., | <u>EVERGLORY COMPANY V. SHAW CREATIONS, INC.</u>, Civil Action No. 07 Civ. 9361 (S.D.N.Y.) and |
| Defendant. | <u>SUNNY COMPANY V. SHAW CREATIONS, INC.</u>, Civil Action No. 07 Civ. 9360 (S.D.N.Y.) |

TO:   Bernard D'Orazio, Esq.
      Law Offices of Bernard D'Orazio, P.C.
      100 Lafayette Street, Suite 601
      New York, New York 10013-4400

COUNSEL:

PLEASE TAKE NOTICE that on January _____, 2008, or as soon thereafter as counsel may be heard, defendant Shaw Creations, shall move before the United States District Court Southern District of New York , for an order consolidating the following actions:

1. <u>Everglory Company v. Shaw Creations, Inc.</u>   07 Civ 9361

2. <u>Sunny Company v. Shaw Creations, Inc.</u>   07 Civ 9360.

2

PLEASE TAKE FURTHER NOTICE that the defendant shall rely upon the Declaration of Ronald J. Wronko, Memorandum of Law, and proposed form of Order submitted herewith;

PLEASE TAKE FURTHER NOTICE THAT the defendant requests oral argument if the motion is opposed.

PLEASE TAKE FURTHER NOTICE THAT a trial or arbitration date has not yet been assigned.

Respectfully Submitted,

RONALD J. WRONKO, LLC
Attorneys for defendant


 /s/ Ronald J. Wronko
  Ronald J. Wronko

Dated:  January 2, 2008