Ronald J. Wronko (RW1859)
RONALD J. WRONKO, LLC
96 Park Street
Montclair, New Jersey 07042
(973) 509-0050
Attorneys for defendant
Shaw Creations, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERGLORY COMPANY, | Civil Action No. 07 Civ. 9361 |
| Plaintiff, | CIVIL ACTION |
| v. | DECLARATION OF RONALD J. WRONKO |
| SHAW CREATIONS, INC., | |
| Defendant. | |

**I, RONALD J. WRONKO**, an Attorney at Law of the State of New Jersey, does hereby declare that:

1. I am an attorney at law of the State of New Jersey and counsel for defendant Shaw Creations, Inc.. I make this certification in support of defendant's Notice of Motion to Consolidate Everglory Company v. Shaw Creations, Inc. 07 Civ 9361 with Sunny Company v. Shaw Creations, Inc. 07 Civ 9360.

2. Annexed hereto as Exhibit A is a true and correct copy of the Complaint in Everglory Company v. Shaw Creations, Inc.

3. Annexed hereto as Exhibit B is a true and correct copy of the Complaint in Sunny Company v. Shaw Creations, Inc.

  4. Annexed hereto as Exhibit C is a true and correct copy of the Answer and Counterclaim in <u>Everglory</u>.

  5. Annexed hereto as Exhibit D is a true and correct copy of the Answer and Counterclaim in <u>Sunny</u>.

  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

  Executed this 2nd Day of January, 2008, in Montclair, NJ.

                /s/ Ronald J. Wronko
                Ronald J. Wronko, Esq.