Ronald J. Wronko (RW1859)
RONALD J. WRONKO, LLC
96 Park Street
Montclair, New Jersey 07042
(973) 509-0050
Attorneys for defendant
Shaw Creations, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| EVERGLORY COMPANY, | : Civil Action No. 07 Civ. 9361 |
| Plaintiff, | : CIVIL ACTION |
| v. | : NOTICE OF MOTION TO CONSOLIDATE: |
| SHAW CREATIONS, INC., | : EVERGLORY COMPANY V. SHAW CREATIONS, INC., Civil Action No. 07 Civ. |
| Defendant. | : 9361 (S.D.N.Y.) and SUNNY COMPANY V. SHAW CREATIONS, INC., Civil Action No. 07 Civ. 9360 (S.D.N.Y.) |

TO:   Bernard D'Orazio, Esq.
       Law Offices of Bernard D'Orazio, P.C.
       100 Lafayette Street, Suite 601
       New York, New York 10013-4400

COUNSEL:

PLEASE TAKE NOTICE that on January _____, 2008, or as soon thereafter as counsel may be heard, defendant Shaw Creations, shall move before the United States District Court Southern District of New York, for an order consolidating the following actions:

1. Everglory Company v. Shaw Creations, Inc.   07 Civ 9361

2. Sunny Company v. Shaw Creations, Inc.   07 Civ 9360.

PLEASE TAKE FURTHER NOTICE that the defendant shall rely upon the Declaration of Ronald J. Wronko, Memorandum of Law, and proposed form of Order submitted herewith;

PLEASE TAKE FURTHER NOTICE THAT the defendant requests oral argument if the motion is opposed.

PLEASE TAKE FURTHER NOTICE THAT a trial or arbitration date has not yet been assigned.

Respectfully Submitted,

RONALD J. WRONKO, LLC
Attorneys for defendant

 /s/ Ronald J. Wronko
Ronald J. Wronko

Dated: January 2, 2008