Ronald J. Wronko (RW1859)
RONALD J. WRONKO, LLC
96 Park Street
Montclair, New Jersey 07042
(973) 509-0050
Attorneys for defendant
Shaw Creations, Inc.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERGLORY COMPANY, | Civil Action No. 07 Civ. 9361 |
| Plaintiff, | CIVIL ACTION |
| v. | ORDER CONSOLIDATING ACTIONS |
| SHAW CREATIONS, INC., | |
| Defendant. | |

THIS MATTER having been opened to the Court by motion to consolidate, by RONALD J. WRONKO LLC, attorneys for defendant in <u>Everglory Company v. Shaw Cretaions, Inc.</u> and <u>Sunny Company v. Shaw Creations, Inc.</u>; and plaintiff in both actions appearing through its counsel Bernard D'Orazio, Esq., and the court having read and considered the declarations and other papers filed herein, if any, and having heard and considered the arguments of the parties and for good cause shown;

On this ____ day of January 2008,

IT IS HEREBY ORDERED THAT:

1. Defendant's motion to consolidate is hereby granted;

2. The following actions are hereby consolidated:

2

        a.    <u>Everglory Company v. Shaw Creations, Inc.</u>, 07 Civ. 9361 (S.D.N.Y).

        b.    <u>Sunny Company v. Shaw Creations, Inc.</u>, 07 Civ 9360 (S.D.N.Y.)

3. Defendant shall serve a copy of this Order on the plaintiffs in both actions within ___ days of its entry.

                                    _____
                                    Hon.

[ ] opposed

[ ] unopposed