Ronald J. Wronko (RW1859)
RONALD J. WRONKO, LLC
96 Park Street
Montclair, New Jersey 07042
(973) 509-0050
Attorneys for defendant
Shaw Creations, Inc.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVERGLORY COMPANY, | Civil Action No. 07 Civ. 9361 |
| Plaintiff, | CIVIL ACTION |
| v. | DECLARATION OF RONALD J. WRONKO |
| SHAW CREATIONS, INC., | |
| Defendant. | |

**I, RONALD J. WRONKO**, an Attorney at Law of the State of New Jersey, does hereby declare that:

1. I am an attorney at law of the State of New Jersey and counsel for defendant Shaw Creations, Inc.. I make this certification in support of defendant's Notice of Motion to Consolidate <u>Everglory Company v. Shaw Creations, Inc</u>. 07 Civ 9361 with <u>Sunny Company v. Shaw Creations, Inc.</u>  07 Civ 9360.

2. Annexed hereto as Exhibit A is a true and correct copy of the Complaint in <u>Everglory Company v. Shaw Creations, Inc.</u>

3. Annexed hereto as Exhibit B is a true and correct copy of the Complaint in <u>Sunny Company  v. Shaw Creations, Inc.</u>

      4.      Annexed hereto as Exhibit C is a true and correct copy of the Answer and Counterclaim in Everglory.

      5.      Annexed hereto as Exhibit D is a true and correct copy of the Answer and Counterclaim in Sunny.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd Day of January, 2008, in Montclair, NJ.

                                                    /s/ Ronald J. Wronko  
                                                   Ronald J. Wronko, Esq.